IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

Civil Action No.   13-cv-00018-WYD-KLM

SHERRI SULLIVAN,

     Plaintiff,

v.

WAKEFIELD and ASSOCIATES, INC., a Colorado Corporation,

     Defendant.

---

### AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

     Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C), Fed.R.Civ.P. 72(a) and (b), and D.C.COLO.LCivR 72.1C, United States Magistrate Judge Kristen L. Mix is designated to conduct proceedings in this civil action as follows:

(X)    Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X)    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

( )    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X)     Alternative Dispute Resolution Authority:  Court sponsored alternative
        dispute resolution is governed by D.C.COLOLCivR 16.6.  On the
        recommendation or informal request of the magistrate judge, or on the
        request of the parties by motion, the court may direct the parties to
        engage in an early neutral evaluation, a settlement conference, or another
        alternative dispute resolution proceeding.

(X)     Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to

proceed according to the designations marked (X) above.  It is further

ORDERED that parties and counsel shall be familiar and comply with the above

judge's requirements found at www.cod.uscourts.gov.

Dated: January 10, 2013.

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        SENIOR UNITED STATES DISTRICT JUDGE